## KING & ACKMEYER *v.* CITY OF LITTLE ROCK.

PRACTICE—*Bills of exceptions*—Where there is no bill of exceptions taken—no motion for a new trial, an agreed statement of facts constitutes no part of the record, unless made so by bill of exceptions.

*Appeal from Pulaski Circuit Court.*

HON. JOHN WHYTOCK, Circuit Judge.

*Howard & Reeve, and Garland & Nash,* for appellants.

*W. I. Warwick,* for.appellee.

McCLURE, C. J.

King and Ackmeyer were charged, before the police court of the city of Little Rock, with violating one of its ordinances, and found guilty and fined ten dollars and costs, from which judgment they took an appeal to the circuit court, where the same fine was again imposed.

No bill of exceptions was taken; neither was there a motion for a new trial, and King and Ackmeyer appealed, and the record says, excepted to the judgment and rulings of the court below. An agreed statement of facts, constitutes no part of a record, unless made so by bill of exceptions or the order of the court. To hear this case under such circumstances, would be to assume original jurisdiction of the case, and the subject matter, coming within the rule laid down in the case of *Ashley v. Stoddard,* as this case clearly does, we can do nothing but affirm the judgment.